KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DEBRA A. FITZSIMMONS, State Bar No. 144590
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-2606
 Fax: (916) 324-5205
 E-mail: Debra.Fitzsimmons@doj.ca.gov
*Attorneys for Defendants Neimann and Bennett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES CALVIN GAINES,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**C/O BENNETT, et al.,**<br><br>                                    Defendants. | 2:13-cv-02070 AC P<br><br>**[PROPOSED]** ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER |

   Good cause appearing, the motion of Defendants Neimann and Bennett to modify the Discovery and Scheduling Order deadlines for the limited purpose of taking Plaintiff's deposition and filing a motion to compel Plaintiff's discovery is granted.  Plaintiff's deposition and motion to compel his discovery shall be completed by December 15, 2014.

   **IT IS SO ORDERED.**

Dated: October 24, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1