IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES CALVIN GAINES,** | 2:13-cv-02070 AC P |
| Plaintiff, | **[~~PROPOSED~~] ORDER** |
| **v.** | |
| **C/O BENNETT, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion, ECF No. 22, to modify the scheduling order to extend the deadline to file dispositive motions by sixty days is GRANTED.  Any party filing a dispositive motion shall file and serve such motion on or before May 12, 2015.

DATED: March 9, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order  (2:13-cv-02070 AC P)