IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES CALVIN GAINES,** | 2:13-cv-02070 AC P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| **C/O BENNETT, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, the unopposed request of Defendants Neimann and Bennett, ECF No. 24, to amend their answer to the complaint is **HEREBY GRANTED.** See Fed. R. Civ. P. 15(a)(1). Within seven days after the filing date of this order, defendants shall separately file and serve their Amended Answer (currently set forth in proposed form at ECF No. 24 at 6-12).

**SO ORDERED.**

DATED: June 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order  (2:13-cv-02070 AC P)